**Order entered May 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-01041-CV

## ENGLISH LAW GROUP, PLLC, Appellant

## V.

## MEDINET INVESTMENTS, LLC AND MICHAEL BINGHAM, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07743**

## ORDER

Before the Court is appellees' May 12, 2022 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than June 14, 2022. Appellees are cautioned that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE